IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTOR MONZON and<br>MARIA MONZON<br><br>            Plaintiffs,<br><br>    v.<br><br>BAYER CORPORATION;<br>BAYER AG;<br>GLAXOSMITHKLINE, PLC;<br>GLAXOSMITHKLINE;<br>SMITHKLINE BEECHAM<br><br>            Defendants. | :<br>:<br>:   CIVIL ACTION NO.  02-CV-4241<br>:<br>:<br>:<br>:<br>:   ENTRY OF APPEARANCE<br>:<br>:<br>:<br>:<br>:<br>: |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

    Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,


_____          _____
Hope S. Freiwald                                          Aline Fairweather



_____          _____
Erin Brennan                                                Kirstin J. Miller



                                                                    DECHERT PRICE & RHOADS
                                                                    4000 Bell Atlantic Tower
                                                                    1717 Arch Street
                                                                    Philadelphia, PA  19103-2793
                                                                    (215) 994-4000